# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CADILLAC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS, LLC, <br><br> Defendant. | Case No. 1:23-cv-01403-JLT-BAM <br><br> ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES and DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> **THIRTY DAY DEADLINE** |

The Court conducted a continued settlement conference in this action on May 2, 2024, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **thirty (30)** days of entry of this order.

IT IS SO ORDERED.

Dated:  **May 2, 2024**

_____
UNITED STATES MAGISTRATE JUDGE