LAW OFFICES OF GAVIN M. HUGHES
GAVIN M. HUGHES State Bar #242119
ROBERT A. MAYVILLE, JR. State Bar #311069
4360 Arden Way, Suite 1
Sacramento, CA  95864
Telephone: (916) 900-8022
E-mail: gavin@hughesdealerlaw.com

ATTORNEYS FOR PLAINTIFF
Michael Cadillac, Inc., dba Michael Chevrolet Cadillac


**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, State Bar No. 237111
  *AFickel@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for General Motors LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CADILLAC, INC., dba MICHAEL CHEVROLET CADILLAC,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC and DOES 1 through 50, inclusive,<br><br>    Defendants. | **CASE NO: 1:23-CV-01403-JLT-BAM**<br><br>[PROPOSED] **ORDER GRANTING EXTENSION TO FILING OF DISPOSITIONAL DOCUMENTS**<br><br>[concerning Docket Entry 15]<br><br>Complaint filed: July 25, 2023<br>Removal filed: September 26, 2023 |

-1-
[PROPOSED] ORDER GRANTING EXTENSION TO FILING OF DISPOSITIONAL DOCUMENTS

1  Pursuant to the Court's May 2, 2024, Order Following Settlement Conference Vacating Dates
2  and Directing Parties to File Dispositional Documents ("Order"), the parties in this case were directed
3  to file dispositional documents within thirty (30) days of entry of the Order (on June 3, 2024). The
4  Court has reviewed the Joint Stipulation and Request to Extend Date for Filing Dispositional Documents
5  executed and filed by the parties and finds there is good cause to extend the time for the parties to file
6  the dispositional documents. A confidential settlement agreement has been fully executed and the
7  parties are awaiting the occurrence of a confidential event within thirty (30) days.

8  After considering the Parties' stipulation and good cause therein appearing, the Court hereby
9  extends the time for the parties to file dispositional documents by an additional thirty (30) days to July
10 3, 2024.

12 IT IS SO ORDERED.

13 Dated: **June 4, 2024**          /s/ *Barbara A. McAuliffe*
14                                  UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing the same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record on the matter.

By /s/ Robert A. Mayville, Jr.
Robert A. Mayville, Jr.

[PROPOSED] ORDER GRANTING EXTENSION TO FILING OF DISPOSITIONAL DOCUMENTS